**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Tu Nguyen  V.  Bank of America, N.A.

Appellate case number:  01-15-00587-CV

Trial court case number:  2014-64308

Trial court:                   333rd District Court of Harris County

Date motion filed:          December 14, 2016

Party filing motion:        Appellant

It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Russell Lloyd
                              Acting for the Court's panel

Panel consists of: Justices Bland, Massengale, and Lloyd

A majority of the panel voted to deny the motion for rehearing.

Date:  December 22, 2016